**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 81 EAL 2023

Respondent    :

   :    Petition for Allowance of Appeal
   :    from the Order of the Superior Court

v.    :

SAMMY D. BELLE,    :

Petitioner    :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of September, 2023, the Petition for Allowance of Appeal is **DENIED**.